IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES BUECHLER | * | |
| *Plaintiff,* | * | |
| v. | * | Case No. 12-cv-1568-WMN |
| META FINANCIAL GROUP, INC., | * | |
| | * | |
| and | | |
| | * | |
| METABANK | | |
| | * | |
| and | | |
| | * | |
| META PAYMENT SYSTEMS | | |
| | * | |
| and DOES 1-10, inclusive, | | |
| | * | |
| *Defendants.* | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, James Buechler, by his undersigned counsel, voluntarily dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No opposing party has served either an answer or a motion for summary judgment.

1

Dated: August 7, 2012           Respectfully Submitted,


                                By :   <u>*/s/ E. David Hoskins*          </u>
                                       E. David Hoskins, Esq., No. 06705
                                       Law Offices of E. David Hoskins, LLC
                                       2 Hamill Road, Ste. 362
                                       Baltimore, MD 21210
                                       (410) 662-6500
                                       (410) 662-7800 facsimile